STATE OF NEW JERSEY v. LEROY DANZEY.

October 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS SANTIAGO.

October 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILLIP OSBORNE.

October 27, 1981.

Petition for certification denied.

SELECTED RISKS INSURANCE COMPANY v. ALLSTATE INSURANCE COMPANY.

October 27, 1981.

Petition for certification denied. (See 179 *N.J.Super.* 444)

STATE OF NEW JERSEY v. EDWARD IACCARINO.

October 27, 1981.

Petition for certification denied.